| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
37 Ventures, LLC, a Delaware limited liability company

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  37Ventures, LLC  
DBA  F/K/A 37 Technology Ventures, LLC, a Delaware limited liability company

**3. Debtor's federal Employer Identification Number (EIN)**  
27-2818334

**4. Debtor's address**

Principal place of business  
365 E Avenida De Los Arboles  
Thousand Oaks, CA 91360  
Number, Street, City, State & ZIP Code

Ventura  
County

Mailing address, if different from principal place of business  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **37 Ventures, LLC, a Delaware limited liability company**          Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5239__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | Debtor | **Larada Sciences, Inc.** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Central District of California** | When **3/19/21** | Case number, if known **(To be filed)** |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor  **37 Ventures, LLC, a Delaware limited liability company**  Case number (*if known*) _____
         Name

Debtor   **37 Ventures, LLC, a Delaware limited liability company**   Case number (*if known*)
         Name

11. **Why is the case filed in *this district?*** *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor    **37 Ventures, LLC, a Delaware limited liability company**    Case number (*if known*) _____
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2021**
               MM / DD / YYYY

X _____[signature]_____    **Yuri Pikover**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X    /s/ Gary E. Klausner    Date  **March 18, 2021**
Signature of attorney for debtor              MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address _____

**69077 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 37 Ventures, LLC, a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alignment Debt Holdings 1, LLC as agent for ATMedia Investor II, LLC c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19807 | | Guaranty on commercial loan (amount is approx., and subject to amendment) | **Contingent Unliquidated Disputed** | | | $9,840,673.89 |
| Knight and Bishop, L.P. 4236 Woodleigh Lane La Canada, CA 91011 | | **Judgment (amount is approximate, and subject to amendment)** | | | | $3,765,659.28 |

**RESOLUTION REGARDING THE FILING BY 37 VENTURES, LLC
OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

WHEREAS, Yuri Pikover ("Managing Member") does hereby certify:

1. The Managing Member is the sole member of 37 Ventures, LLC (the "Company");

2. The Managing Member retains full power to manage the Company under applicable law, including without limitation Section 18-402 of the Delaware Limited Liability Company Act (the "Act");

3. The Company is not a party to any written "limited liability company agreement," within the meaning of Section 18-402 of the Act;

4. No other person or entity has been appointed as a manager of the Company, as "manager" is used in Section 18-402 of the Act or otherwise; and

5. Managing Member has determined, based upon his assessment of the condition of the Company and upon the advice of counsel, that it is in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code")

NOW, THEREFORE, the Managing Member does hereby adopt the following resolutions, on behalf of the Company, as follows:

RESOLVED that the Company, and the Managing Member in the name and on behalf of the Company, is hereby authorized to execute a Chapter 11 bankruptcy petition and all related documents and papers in order to enable the Company to commence a Chapter 11 bankruptcy case;

RESOLVED FURTHER that Managing Member is authorized to execute and file in the name and on behalf of the Company, and to cause counsel for the Company to prepare, with the assistance of the Company as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which he deems necessary and proper in connection with the Company's bankruptcy case; and

RESOLVED FURTHER that that the Company's retention of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case is hereby ratified and approved.

RESOLVED FURTHER that none of the events described in Section 18-304 of the Act ("Events of Bankruptcy") by, against, of or concerning any member of the Company, including without limitation the filing of a petition under the Bankruptcy Code by or against Managing Member, is intended to or will result in such member ceasing to be a member of the Company.

Dated: March 18, 2021

**MANAGING MEMBER:**

_____
YURI PIKOVER
Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary E. Klausner 69077<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>California State Bar Number: 69077 CA | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>37 Ventures, LLC, a Delaware limited liability company<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 18, 2021**

_[signature]_
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

37 Ventures, LLC, a Delaware limited liability company
365 E Avenida De Los Arboles
Thousand Oaks, CA 91360


Gary E. Klausner
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


Alignment Debt Holdings 1, LLC
as agent for ATMedia Investor II, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19807


Alignment Debt Holdings 1, LLC
c/o Eric Goldberg, Esq, DLA Piper
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067


Bitvore, Corp.
c/o Jeff Drake, CEO
15300 Barranca Pkwy, Suite 150
Irvine, CA 92618


Bitvore, Corp.
Attn: Stuart Sorenson
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101


CA Cardiac Solutions, Inc.
c/o Peter Desilva
29809 Santa Margarita Pky #300
Rancho Santa Margarita, CA 92688


California Franchise Tax Board
Bankruptcy Unit
PO Box 2952 MS-A340
Sacramento, CA 95812-2952

Delaware Division of Revenue
820 N. French St.
Wilmington, DE 19801


Delaware Secretary of State
Division of Corporations
PO Box 5509
Binghamton, NY 13902


Dmitri Williams
c/o Michael Kogan, Esq.
Kogan Law Firm, APC
1849 Sawtelle Blvd., Suite 700
Los Angeles, CA 90025


Dmitri Williams
c/o Michael Kogan, Esq.
1849 Sawtelle Blvd. #1700
Los Angeles, CA 90025


EV Connect, Inc.
Jordan Ramer, CEO
615 North Nash Street, Suite 203
El Segundo, CA 90245


EV Connect, Inc.
Attn: David Makarechian, Esq.
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Knight and Bishop, L.P.
4236 Woodleigh Lane
La Canada, CA 91011

```
Knight and Bishop, L.P.
c/o Brian Metcalf, Esq.
O'Melveny & Myers
400 South Hope St. 8th Floor
Los Angeles, CA 90071


Larada Sciences, Inc.
350 West 800 North, Suite 203
Salt Lake City, UT 84103


Larada Sciences, Inc.
Attn: CSC
251 LITTLE FALLS DRIVE
Wilmington, DE 19808


Larada Sciences, Inc.
c/o George Hoffman
Cohne Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111


MobileCause, Inc.
Attn: Victor Limongelli, CEO
27001 Agoura Road, Suite 350A
Calabasas Hills, CA 91301


MobileCause, Inc.
c/o Dave Young, Esq.
Cooley
1333 2nd Street, Suite 400
Santa Monica, CA 90401


Molecular Vista, Inc.
6840 Via Del Oro Suite 110
San Jose, CA 95119


Molecular Vista, Inc.
c/o Sung Park
12646 Titus Ave.
Saratoga, CA 95070
```

NovaSignal Corp.
c/o Christopher M. Stafford
Agent for Service of Process
2440 S. Sepulveda Blvd., Suite 115
Los Angeles, CA 90064

Oticara, Inc.
12319 N Mopac Expy Suite 300
Austin, TX 78758-2511

Oticara, Inc.
c/o Christopher Marich
12319 N. Mopac Expy., Bldg. C
Austin, TX 78758

Robert Hawk
c/o James Campbell, Esq.,
270 St. Paul St., Suite 200
Denver, CO 80206

Robert Hawk
c/o James P. Campbell, Esq.
270 St. Paul St., Suite 200
Denver, CO 80206

SageMedic Corporation
555 Twin Dolphin Drive, Suite 110
Redwood City, CA 94065

SageMedic Corporation
c/o Christian Apfel
88 Elm Ave.
Larkspur, CA 94939

Savara, Inc.
6836 Bee Cave Road, Building 3
Suite 200
Austin, TX 78746

```
Savara, Inc.
CORPORATION SERVICE COMPANY
701 BRAZOS STREET, SUITE 1050
Austin, TX 78701


TranscribeMe Inc.
c/o Yuri Pikover
28411 La Plumosa
Laguna Niguel, CA 92677


Yuri Pikover
28411 La Plumosa
Laguna Niguel, CA 92677
```