UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>37 Ventures, LLC<br><br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 9:21-bk-10261-DS<br>Operating Report Number: 2<br>For the Month Ending: 30-Apr-21 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          0.86

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          0.86
ACCOUNT REPORTS

3. BEGINNING BALANCE:          6,639.07

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          0.00
   Accounts Receivable - Pre-filing          0.00
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:          0.00

5. BALANCE:          6,639.07

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)
   Disbursements (from page 2)          325.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          325.00

7. ENDING BALANCE:          6,314.07

8. General Account Number(s):          Axos Bank x1627

   Depository Name & Location:

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

\*\*\*\*The bank statement reflects the reversal of a "trialcred[i]t" from the bank in the amount of $0.86.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/15/2021 | 1 | US Trustee | UST Quarterly Fees (Q1, 2021) | 325.00 | | 325.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 325.00 | 0.00 | $325.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you

GENERAL ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 3/31/2021 | Balance on Statement: | $6,314.07 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT**     0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:**     0.00

Bank statement Adjustments:     _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**     $6,314.07

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 6,314.07 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts: _____     _____
                                          _____
*Other Monies: _____        _____
                                          _____
                **Petty Cash (from below): [_____]

TOTAL CASH AVAILABLE:                      [    6,314.07 ]

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:             [        0.00 ]

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: | Page 11 of 16 |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | N/A |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V.  INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: Property |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2021 | 0.00 | 325.00 | 15-Apr-2021 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 325.00 |  |  | 325.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

X. BALANCE SHEET
(Adab Document)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 6314 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize): Investments in companies listed on Schedule A/B, Section 15. | Unknown | |
| Total Current Assets | | 6314 * |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Deposit at Vendors | | |
| Total Other Assets | | |
| | | |
| TOTAL ASSETS | | 6314 * |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 0 | |
| Priority Liabilities | 0 | |
| Unsecured Liabilities | $ 13,906,333.17 | |
| Tenant Deposit | | |
| Total Pre-petition Liabilities | | $ 13,906,333.17 |
| | | |
| TOTAL LIABILITIES | | $ 13,906,333.17 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | Unknown | |
| Post-petition Profit/(Loss) | Unknown | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | Unknown |
| | | |
| TOTAL LIABILITIES & EQUITY | | Unknown |

*Plus investments in companies listed on Schedule A/B, Section 15.

THE QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | ___ |

| | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Since filing its bankruptcy case, the Debtor has: (1) filed a motion, and obtained a court order to jointly administer its case with the case of its affiliate, Larada Sciences, Inc.; (2) attended the Initial Debtor Interview with the U.S. Trustee; (3) filed its application to employ general bankruptcy counsel, (4) filed its schedules and statement of financial affairs, and (5) attended its 341(a) meeting of creditors.

4. Describe potential future developments which may have a significant impact on the case:
   See answer to question 3.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

   N/A

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I, Yuri Pikover, Manager and Sole Member
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5/14/21
Date

Page 16 of 16                              for debtor-in-possession
Sole and Managing Member



565 Fifth Avenue, 12th Floor
New York, NY 10017

From April 01, 2021
To April 30, 2021
Page 1 of 2

PRIVATE CLIENT GROUP 867
21255 BURBANK BLVD, SUITE 32
WOODLAND HILLS, CA 91367

37 VENTURES, LLC DIP                    9-867
CASE #9:21-BK-10261-DS
365 E. AVENIDA DE LOS ARBOLES
THOUSAND OAKS CA  91360         999

                              See Back for Important Information

                    Primary Account: ████1627        1

    IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
    ASK YOU TO PROVID█████NAL OR BUSINESS ACCOUNT INFORMATION THROUGH
    E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
    FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
    THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
    YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
    OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
    & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
    IDENTITY AND PERSONAL INFORMATION.

Signature Relationship Summary                    Opening Bal.          Closing Bal.

BANK DEPOSIT ACCOUNTS
████1627      BANKRUPTCY CHECKING              6,639.07              6,314.07

         RELATIONSHIP        TOTAL                                   6,314.07



565 Fifth Avenue, 12th Floor
New York, NY 10017

From April    01, 2021
To    April    30, 2021
Page    2 of    2

PRIVATE CLIENT GROUP 867
21255 BURBANK BLVD, SUITE 32
WOODLAND HILLS, CA 91367

37 VENTURES, LLC DIP                    9-867
CASE #9:21-BK-10261-DS
365 E. AVENIDA DE LOS ARBOLES
THOUSAND OAKS CA  91360          999

See Back for Important Information

Primary Account: ████1627        1

BANKRUPTCY CHECKING          ████1627

Summary

Previous Balance as of April    01, 2021                          6,639.07
      1 Debits                                                      325.00
Ending Balance as of    April    30, 2021                         6,314.07

████ by Serial Number
Apr 27          1              325.00

Daily Balances
Mar 31          6,639.07                    Apr 27          6,314.07

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK · DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.

Please Post to Account: N/A

37 VENTURES, LLC
365 E. AVENIDA DE LOS ARBOLES
THOUSAND OAKS, CA 91360

SIGNATURE BANK
NEW YORK, NY

1 1357
260

1

April 15, 2021

PAY  Three Hundred Twenty Five and 00/100 Dollars

$ **********325.00

TO THE
ORDER OF:

UNITED STATES TRUSTEE PAYMENT CE
PO BOX 620019
PORTLAND OR 97228-6299

#CSP01000F641E3E# 81697751    VOID 90 DAYS AFTER ISSUE

Security
Features
Details on
Back

SIGNATURE ON FILE
This check has been authorized by your depositor.

Memo:

Date:04/27/2021 Account:1504061627 Amount:$325.00 Serial:1 Sequence:6171627520 TR:26013576 TranCode:0
DbCr:D Pattern:1 RIC:0